UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cv-24027-MCALILEY
[CONSENT CASE]

JOSE MARCELINO ORELLANA CANAS
and all others similarly situated under 29
U.S.C. 216(B),

    Plaintiff,

vs.

EL SANTO COYOTE INC. f/k/a EL
PARADITO INC. d/b/a SANTO COYOTE
ALBERTO TOLL,

    Defendants.
_____/

## ORDER REQUIRING ADDITIONAL INFORMATION REGARDING ATTORNEY'S FEES AND COSTS

This is an action under the Fair Labor Standards Act. The parties have filed a joint motion seeking court approval of their settlement agreement and dismissal of this case with prejudice. [DE 54]. To approve the parties' settlement agreement, I must determine if their compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions, which includes a review of plaintiff counsel's legal fees. *Lynn's Food Stores, Inc. v. United States, U.S. Dep't. Of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) (citations omitted). I have reviewed the Joint Motion and determined that additional information is necessary in order for me to evaluate whether the parties' settlement is fair and reasonable.

1

Accordingly, it is **ORDERED** that Plaintiff's counsel shall file, **no later than December 3, 2014**, copies of the following documents: (1) the retainer agreement between Plaintiff's counsel and Mr. Canas; (2) the invoices that reflect the costs identified in the joint motion and settlement agreement; and (3) the billing records that reflect the hours expended, work performed, and hourly rate for the attorneys and any paralegals identified in the joint motion. If the foregoing documents exceed 20 pages in length, Plaintiff's counsel shall also deliver a courtesy copy to chambers.

DONE AND ORDERED in chambers at Miami, Florida this 21st day of November, 2014.

*Chris McAliley*
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record